```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

ELIZABETH MCMILLAN,

      Plaintiff,

v.                                CASE NO:   8:10-cv-1561-T-33MAP

UAW-FORD LEGAL SERVICES PLAN,
et al.,

      Defendants.
_____/

### ORDER

This cause comes before the Court pursuant to Defendants' Motion for Reconsideration of this Court's Order of Remand (Doc. # 19).  Defendants move this Court to reconsider its order remanding the case to state court for lack of subject matter jurisdiction.  A district court, however, is barred from reconsidering its own remand order when a case is remanded for lack of subject matter jurisdiction or defects in the removal procedure.  28 U.S.C. § 1447(d); First Union Nat'l Bank v. Hall, 123 F.3d 1374, 1377-78 (11th Cir. 1997); In re Loudermilch, 158 F.3d 1143, 1146-47 (11th Cir. 1998).

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Defendants' Motion for Reconsideration of this Court's Order of Remand (Doc. # 19) is **DENIED.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>28th</u> day of March, 2011.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record

2